

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Polito Trevino III,                            * From the 142nd District Court
                                                 of Midland County,
                                                 Trial Court No. CR57538.

Vs. No. 11-24-00204-CR                         * September 19, 2024

The State of Texas,                            * Memorandum Opinion by Trotter, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

        This court has inspected the record in this cause and concludes that the appeal

should be dismissed.    Therefore, in accordance with this court's opinion, the appeal

is dismissed.